UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )  BK No.: 20-81848
ROBERTO VELEZ  )
FELICIA FIGUEROA  )  Chapter: 13
 )
 )  Honorable Thomas M. Lynch
 )
Debtor(s)  )

## ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,500.00 | for legal services through conclusion of the case. |
| $ | 0 | for reimbursable expenses. |
| $ | 4,500.00 | **total fees and reimbursement allowed.** |
| -$ | 30.00 | less payment received from debtor before date of application. |
| $ | 4,470.00 | **balance allowed and due to the attorney under this order.** |

Enter:

*Thomas M. Lynch* (signature)

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: February 11, 2021

**Fees Payable to:**

David M. Siegel

Rev: 4/21/15                                                              Local Bankruptcy Form 23-3